UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VERNON GOODLOW (#93838)

VERSUS

CHAD HARDY, ET AL.

CIVIL ACTION

22-559-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated September 30, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Goodlow's claims arising from the alleged incident of excessive force and related deliberate indifference to a serious medical need occurring in 2021 are DISMISSED, WITH PREJUDICE, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, as those claims contained are prescribed.

**IT IS FURTHER ORDERED** that Goodlow's claims of deliberate indifference to a serious medical need occurring in 2022 and later are DISMISSED, WITHOUT PREJUDICE, as unexhausted pursuant to 42 U.S.C. §1997e and that this case shall be CLOSED.

Signed in Baton Rouge, Louisiana, on this __4th__ day of November, 2024.

_Shelly D. Dick_

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 14.